**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| KANE BROLIN,<br><br>               Plaintiff,<br>    v.<br><br>SCULLY & SCULLY, INC<br><br>               Defendant. | Civil Action No. 3:25-cv-00615 |

## STIPULATION FOR DISMISSAL

Plaintiff Kane Brolin and Defendant, Scully & Scully, Inc., by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated:  September 12, 2025

NYE STIRLING, HALE,
MILLER, AND SWEET, LLP

By:  */s/  Benjamin J. Sweet*
Benjamin J. Sweet, Esq.
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, Pennsylvania 15228
Telephone: (412) 857-5350

*Attorneys for Plaintiff*

O'HAGAN MEYER, LLC

By*:  /s/ Ryan T. Benson*
Ryan T. Benson, Esq.
One East Wacker Drive, Suite 3400
Chicago, Ill 60601
Telephone: (312) 422-6100

*Attorneys for Defendant*

-2-

**<u>CERTIFICATE OF SERVICE</u>**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 11th  day of September 2025.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
