UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KANE BROLIN,

    Plaintiff,

    v.

SCULLY & SCULLY, INC.,

    Defendant.

Case No. 3:25-CV-615-CCB-SJF

## <u>ORDER</u>

Pursuant to the Stipulation to Dismiss (ECF 18) and Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, each party bearing its

own costs and attorneys' fees. The Clerk is **DIRECTED** to close this case.

SO ORDERED on September 15, 2025.

                     /s/ *Cristal C. Brisco*
                     CRISTAL C. BRISCO, JUDGE
                     UNITED STATES DISTRICT COURT